IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN ROBERT LEIDECKER                                            PETITIONER

VS.                                                       CIVIL ACTION NO. 5:07cv19-DCB-MTP

CONSTANCE REESE, WARDEN                                          RESPONDENT

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as to the jurisdictional issue only, and without prejudice regarding all other issues.

SO ORDERED AND ADJUDGED, this the    10th    day of   May   , 2007.


                                                   s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE